AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Beal Bank USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:14-cv-4657-RMG |
| Edward Michael Washburn | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____12/11/2015_____.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 3/23/18

ROBIN L. BLUME, CLERK (B)
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Beal Bank USA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:14-cv-4657-RMG |
| Edward Michael Washburn | ) |
| *Defendant* | ) |

## AMENDED SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☒ the plaintiff Beal Bank USA recover from the defendant Edward Michael Washburn the amount of Five Hundred twenty-nine thousand two-hundred fifty-two and 37/100 dollars ($ 529,252.37), which reflects the amount of the deficiency judgment and the accrued interest.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiff's claim is not barred under the applicable statute of limitations and there are no genuine disputes of material fact. Pursuant to the terms of Defendant's personal guaranty, Defendant is liable for the deficiency judgment, as well as reasonable attorneys' fees and the costs of this action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Richard M Gergel, United States District Judge, granting Plaintiff's motion for summary judgment.

Date:   December 11, 2015                              CLERK OF COURT   Robin L. Blume

                                                       s/Sandra Shealy
                                                       *Signature of Clerk or Deputy Clerk*

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Beal Bank USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:14-cv-4657-RMG |
| Edward Michael Washburn | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 12/04/2015.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 3/23/18

ROBIN L. BLUME, CLERK (B)
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC, CLERK, CHAR'TON, S.C.
2015 DEC 11  P 3: 16

| | |
|---|---|
| Beal Bank USA, | ) Civil Action No. 2:14-cv-4657-RMG |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| Edward Michael Washburn, | ) |
| Defendant. | ) |

This Order supplements the Court's September 28, 2015 Order granting Plaintiff's motion for summary judgment (Dkt. No. 26). In the original Order, the Court found Defendant liable for the deficiency judgment owed to Plaintiff, but did not state the exact amount owed. On May 5, 2014, Plaintiff obtained a deficiency judgment against 14 Reid Street, LLC, of which Defendant is a member, for $479,851.21. (Dkt. No. 1-8 at 6.) Pursuant to S.C. Code Ann. § 34-31-20, the judgment continued to accrue interest under the post judgment statutory interest rate from the date it was awarded on May 5, 2014,[1] to the date this Court issued its Order granting Plaintiff's motion, on September 28, 2015. The Supreme Court of South Carolina has stated that the post judgment statutory interest rate for judgments entered for the period January 15, 2014, through January 14, 2015, is 7.25% compounded annually. *See* Order, *Re: Interest Rate on Money Decrees and Judgments* (S.C. Jan. 2, 2015) *available at* https://www.sccourts.org/courtOrders/displayOrder.cfm?orderNo=2014-01-03-01. Accordingly, the Court enters judgment against Defendant in the amount of $529,252.37, which reflects the

---

[1] Plaintiff has submitted an affidavit indicating that the deficiency judgment was filed on March 7, 2014. (Dkt. No. 20-2 at 3.) However, the deficiency judgment was actually filed on May 5, 2014. (Dkt. No. 1-8 at 2–6.)

amount of the deficiency judgment and the accrued interest.[2] The Court directs the Clerk to amend the September 28, 2015 Judgment to reflect this amount.

**IT IS SO ORDERED.**

_____
Richard M. Gergel
United States District Judge

December 11, 2015
Charleston, South Carolina

---

[2] The Court has calculated the amount owed using the compound interest formula, $PV(1+r)^t = FV$, which is $479,851.21(1+.0725)^{1.4} = 529,252.37$.

2